JAMES E. HARPER
Nevada Bar No. 9822
DANIEL S. IVIE
Nevada Bar No. 10090
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIELA COX, individually;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive<br><br>Defendant. | CASE NO.:   2:23-cv-01990-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 8 |

IT IS HEREBY STIPULATED by and between the Plaintiff, KIELA COX, by and through her counsel of record, DIMOPOULOS INJURY LAW, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own

/ / /

1

costs and attorney fees.

DATED this 15th day of August 2024.

**DIMOPOULOS INJURY LAW**

/s/ Paul A. Shpirt

PAUL A. SHPIRT
Nevada Bar No. 10441
6671 South Las Vegas Blvd., Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

DATED this 15th day of August 2024.

**HARPER | SELIM**

/s/ Daniel S. Ivie

JAMES E. HARPER
Nevada Bar No. 9822
DANIEL S. IVIE
Nevada Bar No. 10090
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **(ECF No. 8)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____ August 15, 2024
UNITED STATES DISTRICT COURT JUDGE

2